UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KOESTER, individually and on
behalf of all others similarly situated,

      Plaintiff,

                                      Case No. 4:25-cv-14106

vs.

                                       Hon. Kay F. Behm

FBG ENTERPRISES OPCO, LLC.

      Defendant

_____/

## **<u>ORDER PERMITTING COURT TO STRIKE AND REMOVE ECF NO. 19</u>**

Presently before the Court is the Parties' Joint Motion to Strike Plaintiff's Opposition to Defendant's Motion to Defer Briefing and Resolution of Plaintiff's Motions for Partial Summary Judgment (ECF No. 19).  The Court, being duly advised on the premises, hereby GRANTS the Parties' Motion. Plaintiff's Response and accompanying exhibits (ECF No. 19) will be stricken and removed from the docket and public access will immediately be restricted.

      **SO ORDERED.**

Dated: February 12, 2026                s/F. Kay Behm
                                       F. Kay Behm
                                       United States District Judge

1